| | |
|---|---|
| | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VINCE and JAMI ALLEN,<br><br>            Plaintiffs,<br><br>      v.<br><br>MASON COUNTY WASHINGTON, D/B/A MASON COUNTY SHERIFF'S OFFICE and Casey Salisbury, in his current capacity as Sheriff of Mason County, Washington and in his capacity as supervisor of the MASON COUNTY JAIL; City of Shelton, A Municipal Etity doing business as the City of Shelton Police Department and Chief Davenport, in his capacity as Chief of Police of the City of Shelton; and Officer Christopher Kostad, individually and in his marital community and in his capacity as an Officer of the City of Shelton Police Department,<br><br>            Defendant. | Case No. C09-5752 RBL<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT |

THIS MATTER comes before the Court on Defendant City of Shelton Police Department's FRCP 12(b)(6) Motion to Dismiss [Dkt. #5] and Plaintiffs' Motion to Amend Complaint [Dkt. #6]. Defendant City of Shelton Police Department seeks to dismiss all claims against it because while a city is subject to suit, a department within a city is not. [Dkt. #5]. In response, Plaintiffs ask the Court for leave to amend the Complaint under Fed. R. Civ. P. 15(a) to name the City of Shelton as a party. [Dkt. #6, Motion to Amend Complaint, at 2]. Plaintiffs also seek to name Mason County, Washington, as a party, presumably

for similar reasons. *Id.*

Plaintiffs represent that Defendant City of Shelton Police Department does not oppose the Plaintiffs' Motion to Amend [Dkt. #6]. *Id.* Indeed, none of the defendants filed a response in opposition. CR 7(b)(2), Local Rules W.D. Wash.

Accordingly, the Plaintiffs' Motion to Amend Complaint is GRANTED. Defendant City of Shelton Police Department's motion to dismiss is DENIED as moot. The Court need not address relation back of the amendment under Fed. R. Civ. P. 15(c) at this time.

DATED this 14th day of January, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE