| | |
|---|---|
| | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VINCE and JAMI ALLEN,<br><br>Plaintiffs,<br><br>v.<br><br>MASON COUNTY WASHINGTON, D/B/A MASON COUNTY SHERIFF'S OFFICE and Casey Salisbury, in his current capacity as Sheriff of Mason County, Washington and in his capacity as supervisor of the MASON COUNTY JAIL; City of Shelton, A Municipal Etity doing business as the City of Shelton Police Department and Chief Davenport, in his capacity as Chief of Police of the City of Shelton; and Officer Christopher Kostad, individually and in his marital community and in his capacity as an Officer of the City of Shelton Police Department,<br><br>Defendant. | Case No. C09-5752 RBL<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT and DENYING MOTION TO REMAND |

THIS MATTER comes before the Court on Plaintiff's Motion to Amend [Dkt. #8] and his corresponding Motion to Remand this matter to State court.[Dkt. #9]. Plaintiff seeks to revise his complaint to emphasize his state law claims. The Motion to Amend [Dkt. #8] is GRANTED.

The Amended Complaint should be filed within SEVEN days of this Order. The Proposed Amended Complaint continues to assert claims under federal law, specifically the 4th and 14th Amendments to the United States Constitution, and claims for relief, damages, and attorneys' fees under

42 U.S.C. §1988. So long as the Complaint contains federal causes of action, this court has "federal question" jurisdiction over it. The Motion to REMAND [Dkt. #9] is therefore DENIED.

Dated this 2nd day of March, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE